
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Linda Natale                              Chapter: 13
                                          Bankruptcy No: 17-13706-AMC

          DEBTOR

*****************************************************************

*Order For a Turnover*

*****************************************************************

AND NOW, this ____6th____ day of ___Sept___ 2017 upon consideration of the Debtor's Motion, an Answer and a Hearing,

IT IS HEREBY ORDERED that the Motion is denied.

~~That the Anthony Frigo, Esquire shall return the sum of $_____ to the Debtor immediately upon the service of this order.~~

SO ORDERED                          BY THE COURT

                                      _____
                                      U.S. BANKRUPTCY JUDGE

1