United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13706-amc
Linda Marie Natale                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 1              Date Rcvd: Sep 07, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.
db          +Linda Marie Natale,   1011 Maple Street,   Conshohocken, PA 19428-1451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
        ALLAN K. MARSHALL   on behalf of Debtor Linda Marie Natale akm6940@aol.com
        MARIO J. HANYON   on behalf of Creditor   Newlands Asset Holding Trust Care of US Bank Trust
         National Association paeb@fedphe.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Carisbrook Asset Holding Trust
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Carisbrook Asset Holding Trust
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                          TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Linda Natale

Chapter: 13
Bankruptcy No: 17-13706-AMC

DEBTOR

*********************************************************

*Order For a Turnover*

*********************************************************

AND NOW, this ___6th___ day of ___Sept___ 2017 upon consideration of the Debtor's Motion, an Answer and a Hearing,

IT IS HEREBY ORDERED that the Motion is denied.

~~That the Anthony Frigo, Esquire shall return the sum of $_____ to the Debtor immediately upon the service of this order.~~

SO ORDERED                         BY THE COURT

_____
U.S. BANKRUPTCY JUDGE

1