# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-13706-AMC

LINDA MARIE NATALE

1011 MAPLE ST

CONSHOHOCKEN, PA 19428

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LINDA MARIE NATALE

    1011 MAPLE ST

    CONSHOHOCKEN, PA 19428

Counsel for debtor(s), by electronic notice only.

    ALLAN K MARSHALL ESQUIRE
    1819 JFK BLVD
    STE 400
    PHILA, PA 19103

Date: 11/30/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee