United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13706-amc
Linda Marie Natale                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2              Date Rcvd: Jan 30, 2018
                              Form ID: pdf900          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db             +Linda Marie Natale,    1011 Maple Street,    Conshohocken, PA 19428-1451
13925192        Bank of America,    Bankruptcy Dept,    PTX B-209,    Plano, TX 75024
14017909       +Borough of Conshohocken Authority,    601 East Elm Street,    Conshohocken, PA 19428-1914
13992990       +Carisbrook Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corp.,
                 5016 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1930
13925193       +Ccs/cortrust Bank Na,    Po Box 7030,    Mitchell, SD 57301-7030
13925196       +KML Law Group,    Att Jill Jenkins, Esq,    701 Market St #5000,    Philadelphia, PA 19106-1541
13925197       +PECO,    P O Box 37629,    Philadelphia, PA 19101-0629
13925198       +Phila Spine Center,    700 Township Line Rd,    Phila, PA 19111-3062
13993553        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13925200       +Roundpoint Mortgage,    Po Box 19409,    Charlotte, NC 28219-9409
13925201       +Superior Credit Unio,    P.o. Box 4519,    Carol Stream, IL 60197-4519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 31 2018 01:46:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2018 01:46:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2018 01:47:11     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13925194        E-mail/Text: cio.bncmail@irs.gov Jan 31 2018 01:46:08     IRS,    Bankruptcy Dept,
                 Atlanta, GA 39901
13925199        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 01:53:10
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13993330        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 01:53:10
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13925405       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 02:08:59
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                        TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13925195*       IRS Phila,    P O Box 12051,    Philadelphia, PA 19105
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              ALLAN K. MARSHALL   on behalf of Debtor Linda Marie Natale akm6940@aol.com
              MARIO J. HANYON   on behalf of Creditor   NEWLANDS ASSET HOLDING TRUST paeb@fedphe.com
              MARIO J. HANYON   on behalf of Creditor   Newlands Asset Holding Trust Care of US Bank Trust
               National Association paeb@fedphe.com
              MATTEO SAMUEL WEINER   on behalf of Creditor   Carisbrook Asset Holding Trust
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ   on behalf of Creditor   Carisbrook Asset Holding Trust
               bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com

District/off: 0313-2              User: Antoinett            Page 2 of 2                  Date Rcvd: Jan 30, 2018
                                 Form ID: pdf900            Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA MARIE NATALE                                   Chapter 13

                        Debtor                    Bankruptcy No. 17-13706-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

   **AND NOW**, this ____30th____ day of ____January____, 2018, upon consideration of the Motion
to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that
counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated
(if such has not been previously filed); and it is further

   **ORDERED**, that any wage orders are hereby vacated.

_____                    Ashely M. Chan
                             Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103


Debtor:
LINDA MARIE NATALE

1011 MAPLE ST

CONSHOHOCKEN, PA 19428